UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DEVANTE ANDREW BUMPARS,

                        Petitioner,

v.                                                               9:24-CV-0054
                                                                         (GTS/PJE)

JOSEPH COREY, Superintendent,
Auburn Correctional Facility,

                        Respondent.
_____

APPEARANCES:                                        OF COUNSEL:

DEVANTE ANDREW BUMPARS, 17-B-1250
  Petitioner, *Pro Se*
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

HON. LETITIA JAMES                          JODI A. DANZIG, ESQ.
Attorney General of the State of New York     PAUL B. LYONS, ESQ.
  Counsel for Respondent                        Assistant Attorneys General
28 Liberty Street
New York, New York 10005

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Devante Andrew Bumpars ("Petitioner") filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 on January 12, 2024. (Dkt. No. 1.) By Report-Recommendation dated August 13, 2025, the Honorable Paul J. Evangelista, United States Magistrate Judge, recommended that the Petition be denied and dismissed, and that a certificate of appealability be denied pursuant to 28 U.S.C. § 2253(c)(2). (Dkt. No. 28.) Petitioner has not filed an objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally*

Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Evangelista's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation: Magistrate Judge Evangelista employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Petitioner's Petition is denied and dismissed, and a Certificate of Appealability is denied.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Evangelista's Report-Recommendation (Dkt. No. 28) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's Petition for a Writ of *Habeas Corpus* (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that a Certificate of Appealability is **DENIED** because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated: September 24, 2025
       Syracuse, New York

Glenn T. Suddaby
U.S. District Judge